Patricia A. Rudder v. James Kyle Hannah

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-04-112-CV

PATRICIA A. RUDDER APPELLANT

V.

JAMES KYLE HANNAH APPELLEE

------------

FROM THE 153
RD
 DISTRICT COURT OF TARRANT COUNTY

------------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

------------

Appellant Patricia A. Rudder appeals from the trial court’s interlocutory order implicitly denying in part her motion to compel discovery.  The denial of a motion to compel discovery may be challenged by a petition for mandamus,
(footnote: 2)  but it is not an appealable interlocutory order.
(footnote: 3)  Accordingly, we dismiss the appeal for want of jurisdiction.
(footnote: 4)  Costs of the appeal shall be paid by Appellant, for which let execution issue.

PER CURIAM

PANEL D: DAUPHINOT, HOLMAN, and GARDNER, JJ.

DELIVERED:  May 27, 2004

FOOTNOTES
1:
See 
Tex. R. App. P.
 47.4.

2:
In re Hinterlong
, 109 S.W.3d 611, 621 (Tex. App.—Fort Worth 2003, orig. proceeding); 
see also 
Tex. R. App. P.
 52 (governing original proceedings).

3:
See
 
Tex. Civ. Prac. & Rem. Code Ann. 
§ 51.014 (Vernon Supp. 2004).

4:
See
 
Tex. R. App. P.
 42.3(a), 43.2(f);
 Stary v. DeBord
, 967 S.W.2d 352, 352-53 (Tex. 1998).